FILED
2021 SEP 22 PM 3:22
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARGARITA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case #4:21-cv-00003-PK<br><br>Magistrate Judge Paul Kohler |

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in Plaintiff's favor in accordance with Fed. R. Civ. P. 58 and *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

The clerk is directed to close this action.

Signed September 22, 2021.

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge